**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
| | : |
| **Andrea B London** | : Case No.:  **19-19622** |
| **Howard London** | : **Chapter 7** |
| | : **Judge Jacqueline P. Cox** |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

19-028947_PS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

N. Neville Reid, Fox, Swibel, Levin & Carroll, LLP, 200 W. Madison Street, Suite 3000, Chicago, IL  60606

David H Cutler, Attorney for  Andrea B London, 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 9, 2019:

Andrea B London and Howard London, 1 Renaissance Place Unit 105, Palatine, IL  60067

Andrea B London and Howard London, 1 Renaissance Place Unit 105, Palatine, IL  60067

Andrea B London and Howard London, 1 Renaissance Place #105, Palatine, IL 60067

/s/ Todd J. Ruchman

19-028947_PS